# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

LAKEITH AMIR-SHARIF )
)
V. )                    3:06-CV-2268-D
)
DALLAS SHERIFF'S DEPARTMENT )
ET AL )

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct.  It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Plaintiff's motions to amend the filing fee order and to provide docket reports for newly filed actions are denied as moot.

**SO ORDERED**.

April 25, 2007.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE