**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LAKEITH AMIR-SHARIF,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **3:06-CV-2268-D** |
| | ) | **ECF** |
| **DALLAS SHERIFF'S DEPARTMENT,** | ) | |
| **et al.,** | ) | |
| Defendants. | ) | |

**RECOMMENDATION RE: NON-PRISONER'S IFP STATUS ON APPEAL**
(For *pro se* non-PLRA appeals)

Before the Court are a Notice of Appeal and a Request to Proceed *In Forma Pauperis* on Appeal filed on May 29, 2007. The Magistrate Judge, having considered the issue, recommends as follows:

( )  the party appealing should be GRANTED leave to proceed *in forma pauperis*.

( )  the party appealing is proceeding *in forma pauperis*.

( X )  the party appealing should be DENIED leave to proceed *in forma pauperis* for the following reason(s):
- (**X**)  the court recommends that the District Court certify, pursuant to Fed. R. App. P. 24(a) and 28 U.S.C. § 1915(a)(3), that the appeal is not taken in good faith;
- ( )  the person appealing is not a pauper;
- ( )  the person appealing has not complied with the requirements of Rule 24 of the Federal Rules of Appellate Procedure and/or 28 U.S.C. § 1915(a)(1) as ordered by the Court. (See Notice of Deficiency and Order filed on _____).

**Although this appeal should be certified as not taken in good faith under 28 U.S.C. § 1915(a)(3) and FED. R. APP. P. 24(a)(3), the plaintiff may challenge this finding by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this Order.**

**Signed this 5th day of June, 2007.**

*Wm. F. Sanderson, Jr.*

**UNITED STATES MAGISTRATE JUDGE**